RECEIVED - USDC -NH
2023 APR 20 PM12:15

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Court Name: 1st Circuit US District Court Civil Suit
Case Name: Donald Freese vs Manchester NH Police Department "etc"
Case Number: (if known) ______

**MOTION**: File Civil Suit

1. I Donald Freese am filing this motion on my own behalf
AND/OR
I am a person authorized by court rules to appear on behalf of another in this case. I am filing this motion on behalf of ______

2. The facts supporting this motion are:
Manchester Police Body camera footage and Discovery

3. With this motion, I am requesting the following relief:
~~That~~ I pray to the Courts You file this suit open and appoint me legal counsel when fit

4. ☐ The other party ☐ does ☐ does not agree with the relief requested in this motion.
OR
☐ I was unable to or did not obtain the other party's opinion on this motion because:

**Case Name:** ______________________

**Case Number:** ______________________

**MOTION:** ______________________

***For non e-filed cases:***

I state that on this date I am ☐ mailing by U.S. mail, or ☐ Email (only when there is a prior agreement of the parties to use this method), or ☐ hand delivering a copy of this document to:

______________________ or ______________________

Other party — Other party's attorney

**OR**

***For e-filed cases:***

☐ I state that on this date I am sending a copy of this document as required by the rules of the court. I am electronically sending this document through the court's electronic filing system to all attorneys and to all other parties who have entered electronic service contacts (email addresses) in this case. I am mailing or hand-delivering copies to all other interested parties.

| | |
|---|---|
| Name of Filer | Signature of Filer — Date |
| Law Firm, if applicable — Bar ID # of attorney | Telephone |
| Address | E-mail |
| City — State — Zip code | |

FOR COURT USE ONLY

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

RECEIVED - USDC -NH
2023 APR 20 PM12:15

Court Name: 1st US District Court Civil

Case Name: Donald Freese vs NH State "etc"

Case Number: (if known) ______

**MOTION:** Filing Pro Se Civil Suite

1. I Donald Freese am filing this motion on my own behalf
AND/OR
I am a person authorized by court rules to appear on behalf of another in this case. I am filing this motion on behalf of ______

2. The facts supporting this motion are:
IN MY suite is Documentation More Prison and Hospital Records Which are Being Withheld From me will Prove MY Claims And a Proper Federal Investigation. Camera Footage Deleted, Drugs in MY Blood Denied by prison and Hospital, Size differance in Ultrasound of heart from poisoning, News Articles, Food and Paper testing Positive for Drugs

3. With this motion, I am requesting the following relief:
I Pray to the court to File this Civil Suite as open and help appoint Counsel When Deemed Fit

4. ☐ The other party ☐ does ☐ does not agree with the relief requested in this motion.
OR
☐ I was unable to or did not obtain the other party's opinion on this motion because:

**Case Name:** ____________________

**Case Number:** ____________________

**MOTION:** ____________________

***For non e-filed cases:***

I state that on this date I am ☐ mailing by U.S. mail, or ☐ Email (only when there is a prior agreement of the parties to use this method), or ☐ hand delivering a copy of this document to:

Other party ____________________ or Other party's attorney ____________________

**OR**

***For e-filed cases:***

☐ I state that on this date I am sending a copy of this document as required by the rules of the court. I am electronically sending this document through the court's electronic filing system to all attorneys and to all other parties who have entered electronic service contacts (email addresses) in this case. I am mailing or hand-delivering copies to all other interested parties.

Name of Filer

Signature of Filer Date

Law Firm, if applicable Bar ID # of attorney

Telephone

Address

E-mail

City State Zip code

FOR COURT USE ONLY

RECEIVED - USDC -NH
2023 APR 20 PM12:18

Civil Suite

Please File open

Donald J Freese III Pro se V Manchester Police Department Unknown officers, Donald J Freese III Pro se V Manchester New Hampshire Public Defenders Eric raymond

Core terms

Police brutality, Personal INJury, acting under color of Law Misdocumentation, Hindering, inefective assistance of counsel, Police K9 Hospital, Nerve Damage

INcident

on or around September 27 2020 I Dont have My Paperwork After constantly leaving Messages. Attorney Eric Raymond Does Not return. I Was found sleeping Manchester Police sent the K9 in I was bit Not resisting Police Picked Me up Walked Me to the street For No reason Dumped me in the street and held Me Down and commanded the K9 to Attack Me Police brutality that left Nerve Damage and scars that Was so mangled My insides were Protruding threw the gashes So Stitches Were Not an option at hospital leaving Personal INJury. This second attack is Not in the officers report. IN attempt to hide Brutality But it is on Body Camera Footage My Lawyer is in Possession of Ive asked for 10 Months left over 20 Messages No return. Ive tried to remove him from My case unsuccessfully for his ineffective assistant counsel. I Was hospitalized at elliot and Treated at NH State Prison Medical

Signed before me on the 24th day of February 2023. In the State of New Hampshire, County of Hillsborough, City of Manchester.

[signature]



B

Defamation and libel suite, civil Area
Civil Acting under the color of Law, Civil INHuman conditions
Civil Personal InJury claim and civil Rico claim "Please keep open"

Prose Donald. J. Freese III V New Hampshire State Prison CPl cristie, Co Brownlie, Co turcotte, co feutner, co Aulis, Lt LYdick, Capt Boylton, Co Partridge, Co carter, co DeJesus, co Masse, Capt Masse, Co Perulta Co vendrell, Lt Ash, co EDMark, INvestagater Azora, Co Carruso Lt Brown, INvestagator ShwaB INvestagator Phelps, Co rivard Major stephanzock, Capt Burke, Dr Groblesky, NP williams, Nurse Fallon co Camran, NP Christina, co Lamontaine, Worden EDmark, Co LaPlourde Mental Healthe clinician Daryl, Mental Healthe clinician Amid, Dr riforgiato SGt Napeu, Dr Ertha, co carter #2, Co Abdul Kadir, co Youngman Unknown officer, unknown officer, unknown officer, Co Eorieto co vargas Co magnell Nurse Karen, co Hillson, Co DeJesus #2, Co ToTTen Sgt Demoss, Co hair, unknown Parole worker, Mental Health MSDiAz

Prose Donald J. Freese III V New Hampshire Attorney General office Timothy J Sullivan Public Integrity Unit Director, John Formella Attorney General, Joe. M Fincham II, Detective Martineus

Prose Donald. J. Freese III V Manchester Public Defenders office Ashley Sheehan, Eric Raymond

Prose Donald J Freese III v Concord Hospital Doctors and Nurses unknown at this time until records aquired

Prose Donald J Freese III v unknown People and Artists results of Being Put online

Prose Donald J Freese III V Goverment Branch Lt Brown got unkno Mind Chemical



Prose Donald J Freese III V Hillsborough Department of Corrections Co Carvallo, Sgt Sullivan, Co Franco, Co Caron, Sgt Phillips, Sgt Fournier and Medical,

Prose Donald J Freese III V NewHampshire Radio station Rock 101.1 Rock 100.3 hd3, Morning Buzz, unknow Worker, unknown worker Kayla, gregg

Pro se Donald J Freese III V Pluto TV and unknown workers

Prose Donald J Freese III V GtL Music and unknown workers

Prose Donald J Freese III V NewHampshire Public Radio and Peter Biello and unknown workers

MATTHEW R. O'MALLEY JUSTICE MY COMMISSION EXPIRES SEPT. 23, 2025 OF THE PEACE NEW HAMPSHIRE

Core Terms

Rico, Corruption, Attempted Murder, Mind torture, Co's "correctional officers" Poison, Defamation, iNHuman Conditions, Murder, Shooting, Personal INJury Lawyers, ineffective assistince, Threats, Coercion, INMates, Federal, Camera Footage Violations, Prea, liability

Signed before me on the 24th day of February 2023, In the State of New Hampshire, County of Hillsborough, City of Manchester

[signature]

Before I explaine The Main incidents Personal InJury Numerous Malicous attempts at My life The horrific torture Physicaly and mentally That continue to this Day I Am lucky to have Survived With the INdifference to my life and attempts at My life BY Prison Gourds and correctional officers and Government officials. I have Been Stone Walled and Swept under the rug BY the prison and attorney Generals and My lawyers. I Possess And have Been Almost Killed Ive Been threw unfathomable Hell Because of My Knowledge of Government Corruption. Government OFFicial Criminal Empires Multiple State Rico Drug enterprises NH state Drug Disposal and Evidence saved Stolen and Distributed. Government INformants Coerced Black Mailed Byd And used from Distributing Drugs, Murders I Know Numerous one involving a Prison Gourd Who Also is a State investagator Who Works With INforMants Was With 3 The time of. I have information on Numerous Murders and Shootings NH attorney Generals Detectives Who are corrupt and cover for All crime investagations from Drugs to Murder. This criminal EMpire has over a hundred Members the Majority Work or recently Worked at the NH State Prison. Many have left in attempt to avoid Criminal Justice. With a Proper Federal INvestagation NH's Deep Rooted Corruption Will come to light Many former and Present Government Officials have witnessed and are involved in This Gang and Family and Some involvement criminaly Differ And if investagated Will come forward Not Risking there

life and freedom. Some have told me so I have Been stone Walled By corruption in this state I have written the state and Feds. I have so much information I Need INvestagators to come see me. I want it Known that The Dates of incidents could Be months off Ive Been Threw so much Putting it in order is Difficult But with help and investigation Will Do so.

1st incident

on or around April 21st 2021 I was called to the H-Building UP stairs office. UPon leaving Lt turcotte Followed Me out told Me to Put MY hands on the wall I complied. When INvestagators asked I was confused and thought MY hands were on wall when Lt turcotte Blind Side Punched Me But Co Feutner and Co magnell Co had cuffed Me either Way I was Not resisting there are Many Witness's to this Police brutality. Once turcotte hit Me I fell and he ordered the grop to get Me Punching and Kicking Me MY hands Behind MY back turcotte Sat on MY Back and grabbed MY fore head Yanking it Back. He ordered Co Aulis to give Me some good ones aulis stated I was good turcotte stated it again aulis Said sorry to Me and Soccer kicked Me three times in MY eye completely shutting it for weeks Block eye for two Months and Numerous Hospital trips the Prison refused to take Pictures. The group of co's continued to Jump Me Now Crowds had gathered of inmates trying to stop them Banging to No Avail. All turcotte DID is Make TheM take Me out of View. I was Dragged around 25 to 30 Ft BY MY feet MY head Dragged limp BY the assault then the assault Started again stomping on MY Back BY co Bofieto More Personal inJury I had X rays and was told there was Damage NP Christina lied to cover as She Did with Further Matters. They were Punching and Kicking MY Testicles were stepped on leading to inJury it took over 2 Months for christina to get Me an appointment BY this time swelling was gone But Nurse Doing MY ultraSound Said it APPeared I had a vasectomy which I have Not I have everything ThoroughlY Documented in request slips and greivences NP Williams, Dr Grobolesky, Dr rifforgiato I Make copies because Many times I write they go missing Then

1st Incident continued

When they Do ounser they avoid Documentation knowing this one Day would Be in court. Also They were kneeing and kneeling on MY throat and Neck leaving Damage I thought I might Die when Co Magnell Dove over and shielded me telling them to stop Once it stopped Turcotte told capt Masse to Delete camera Footage capt Masse was in office rite next to me at time Hindering Prosecution they Deleted all hallway upstairs H Building Footage Major stephonzack said they only kept hand held wich showed up After to transport me. Acting under the color of Law covering co criminal conduct The Footage was Removed

2nd incident

on or around April 21st 2021 I was Brought from H Building to SHU even though I Never spit I had a spit mask over my Face Filled with My Blood my Body weak I could Barely walk vision rolling we Passed the Yard full of inmates as to show there Dominance they slammed me into the fence Co Partridge in further show un Needed with my hands Behind My Back cuffed yanked them to my head My Pants Dropped to my ankles they continued in embarrasment Co Partride Tore my left shoulder cuff You Can still visibly see my injury NP christina would Not get it looked at Medical Negligence once we got to Shu we went up to L tier Dayroom let it Be Noted there are 2 cameras in Shu aiming in that Dayroom and there was a third hand held catching all of this with Volume Not only Does NH State Prison fall under rico for strect crime But especially in Shu is vicouse hundreds of assaults I've witnessed and many I've received Not wanting to Pursue in Fear of retaliation once in Dayroom Normal I was

2nd Incident continued

on wall uncuffed I was told to hand Back My Shirt I complied then outside the Normal Lt Lydick said get on My knees I Did there was talking Behind Me I couldnt hear Then out of No Where I was attacked Striked and Slammed Lt Lydick told CO Demoss to Taze me co said hes Not resisting all on tape Lydick told him again he came over and tazed Me Making me chip my teeth again During this assault My testicles were kneeled on. I was left in restraint chair for hours with spit mask covered in Blood in extreme Pain and inHuman conditions after this retaliation act as a form of loyalty shu officers retaliate when receaving New inmates that have incidents with correctional staff All Footage if Not Deleted Will Prove this all.

3rd Incident

On or around April 21st 2021 I was transported to CMC hospital by CPl criste and co hair. CPl cristie and co turcotte are very close with my ex and her family CPl cristie know I have alot of criminal INformation on him From Murder to corruption The whole Trip CPl cristie was acting under the color of Law try to coercion Me Not to tell. The whole time CPl cristie was trying to convince Me to criminaly work for him he told me somethings I already knew from friends but he explained his whole empire and criminal things co's have Done explaining were No Different and there a family "rico" that Many of My closest Friends have Been involved in for a long time. He asked My Phone # I gave him Two one was a friends Phone I use. He illegaly hacked My Phone he said it was his JoB and he can SPY on anyone. He Did Not have a Warrant But was on there he found Things and acting under the color of law tried to Black

3rd Continued

Mail Me threatning Me With Charges. I refused to go corrupt and he tried to coerce Me Not to Talk. Be advised he knew Before This hospital trip I knew of his Murder of Perez 2020 with My Three Friends as witness reason why he was so trusting. Well at hospital From My INJurys the Whole room was spinning I had to close My eyes I had a Severe Concussion and Blood Swelling Nurses Were getting ready For tests But cristie rushed us out Without Nurse Knowledge Saying Your tough rite he said turcotte "was to Big for his Britches" I could Probaly get Money in court" But remember I could charge You" Be Noted What Was on the Phones Was a Joke

4th Incident

on or around May 2021 During My Disciplinary hearing With hearings officer Barton and Capt Masse I Brought up the fact he was Present During the event he was hearing me on. He lied on recording stating he was Not If You check all H Building cams You Will see him leave that office or level violating My Due Process and lieng on record

5th Incident

on or around May or early June on G tier Co Masse and Co Peralta and Co Vargas assaulted me in the sally Port off camera all Punching Me in Head and Jaw There was No Incident report Made in attempt to Hide this retalion for reporting H Building criminal conduct They acted under color of law trying to scare me in to Not Persuing. My Proof it happend I had Xr[illegible] on My Jaw that felt Broken from incident My aunt Do[illegible]

5th continued

Also called the Prison fom concern After assault I was stripped and left in G tier Day room all on camera I reported and greaved all this to warden and have Proof she Knows "request slips/greavence" IN MY Posession. Still No report in attempt to hide the Brutality and unsafe Prison system they are overly United in a rico enviorment

6th Incident

on or around July CPl cristie has friends at radio stations Rock 101.1 1003 HEB and Morning Buzz they allow him to DJ every thing In this and every incident Will come out in Proper investagation and Radio recordings. CPl cristie was Calling IN and leaving things for them to say During the Buzz that Would Air. He said things in My sister Alex Name My Friend Josh cristie DiD it so Much gregg from Morning Buzz on Air told Co's to relax and go home under Rico, Acting under color of law and defimation he utalized the radio to threatin Try to scare me coerce me Not to talk he Brought up What he found on Phone To gregg If a proper investigation The Two females and Two Males on Buzz will remember These events and recordings of show

7th Incident

on or around July 25th 2021 The Night before the four person Shooting in manchester Involving a friend Sgt Brownlie CPl cristie. It was Dinner time sheppards Pie CO Edmark and Sgt Brownlie served Dinner I Took one Bite and spit it out instantly My throat was razors I couldnt Breathe I was seeing Dots almost falling out I Puked and Drank Water instantly I Knew I was Poisoned at an attempt For my Life

7th incident continued

Another attempt to silence Me "rico" and acting under the color of law I Was Flipping out scared for My life CPl cristie got on the radio and Was DJing either 101.1 or 100.3 They either had My room Wired or Were already SPYing on my Mind Becouse INVestagator Cowell and Co Caruso Caught on and recorded The Night When recordings and interviews are Done You Will see the Pattern him saying he Didnt try to Kill Me Trying to ceerion Me to kill for him like MY friends Bringing UP MY ex girlfriend all Night This Went on CPl cristie at the exact time of Manchester Shooting Wich Was retaliation for him being ROBBed of a half key or so of Cocaine With MY friend. He Broadcasted it on the station Plaing songs Sending Messages he got on calling Me Brother he used their Name Scott gregg from the BUZZ got on again relaying Messages for CPl cristie about shooting greg said I Wonder Who thats to he said it was a White Dodge ram that Sgt Brownlie Drove at the time. Now After communicating all of this to Me suspecting I Was Safe, I heard Sgt Brownlie come into Work INVestagator cowell and Carruso stopped him and Co Vandrell They told him how they recorded and Solved the Shooting. Brownlie told him he would Be telling on his own acting under the color of Law telling him Not to report it. At lunch it Was Sgt Brownlie co Vendrell, co Dejesus all teirs have cameras going Down and all of A tier Witnessed this I Was in cell one. It Was Corn Dogs Thinking I was safe I Peeled the Bread off and rinsed the hot Dog I took one Bite INStant terror Lost sight couldnt Breathe razors in My throat unknown co came on I told him I Needed Medical I Was Dieing he left No one came. Everyone on the tier Started Kicking there Doors

7th Incident Continued

To get help Sgt Brownlie Came on If You get a list of A tier this Day and interview all and reasure there Safety Because they'll Be affraid of retaliation Sgt Brownlie ran to Stephen Penos Door acting under the color of law threatning him for helping Me saying "You want to get involved I'll come in there rite Now." Then Brownlie Came to MY Door I said I Need Medical Now he said "You Dont Know What Your fucking with Kid" I told him "I wont tell I'll Say I ate Paper I Dont want to Die Please" He took me out Put me on Wall near office he called Medical Kourtney and NP Williams When he call he said it Wasnt an Emergency It took to long This will all Be on Camera he Put Me in a tier Dotson he Seen Me on tablet I was gonna call for help they took it By the time Medical Kourtney and NP Williams got there I was close to Death Fighting to live If You look at Camera Footage of the Medical SHU Room CO Masse CO Brownlie, CO Partridge and unknown Were standing around threateningly Brownlie said "You Better Not say anything" It took 2 Narcans to Bring Me Back By the time Medical Could help Medical called an ambulance the Narcan Made Me feel better all the listed CO's Acting under color of law tried to Coerce Me into Not going to the hospital saying IM good I Want it to Be Noted Sgt Brownlie tried to Kill Me With this unknown Substance. When I got to the ambulance all listed CO's CO Partridge CO Brownlie CO Masse CO Ash CO Edmark and More on camera in SHU carentrance telling the ambulance Drivers IM a peice of shit. Acting under color of law in unified Rico in attempt to Denie Me help. once at hospital I told them I had ate Paper in fear of retaliation from CO's

7th Incident continued

They DiD a urine test and Blood I thought I heard female Nurses say there was Something in my system then a Male Pulled them aside when they came back he said it was Negative Same with Blood test be Noted Detective Sullivan and his Partner told Me They DiD Find Drugs in my System. I have greavences on this where Warden EDmark lies saying Theres No evidence of this covering Personal INJury and attempts at my life Medical lied as well and Before Detectives told me My Lawyer at the time Ashley Sheehan acting under color of Law tried to coerce Me Not to come forward all on Prison recorded Calls. Also my attourney hindering and acting under color of Law told me he would send all records has Not and Deflected Questioning when Judge asked if Drugs were found in my system. saying theres alot to go threw.

8th Incident

on or around The end of July 2021 I returned from hospital I was Put Back A tier I used my water Took a little sip Immediately Razors again I told Nurse karen she Ignored this emergency CO Brownlie out of revenge Moved Me to I tier punishment I went suicidal out of fear for My Life and Safety to Be on Camera in a Dayroom. I was in there for Months I Dient eat for 47 Days I lost 60 Pounds All Documented by Medical All SHU Staff Knew of the Situation would threaten Me look the other way acting under the Color of Law Co's would lie to Medical saying I ate so No one would help Staff gave Me No Matress Most Nights on concrete Staff regulary refused to give me a restroom I had to Deficate in the Dayroom I was living Drink urine These inHuman conditions are on J tier Shu camera A tier b tier

8 Incident continued

I Was continuesly Moved in the middle of the Night as soon as I fell asleep as torture During The Day Shu co's Would Bang If I was Sleeping. I Want it to Be noted my Friend Who Killed a man for CPl cristie was on E tier I Communicated threw Shu Dayroom Windows For him to help me. he called CPl Cristie From e tier Phone and tablet calls are evidence Please Be Noted CPl Cristie is Investagator Who Monitors calls So he has access to Delete. After this my friend convinced me to come off suicide Co's Put Me on e tier With my friend When I got there My friend Sent Me coffee imediatly after Drinking I felt like I Would overDose. I reported this to co EDMark he Ignored me I Said I Was Suicidal and Needed medical he and co Masse grabbed me Braught Me to Shu Medical room I told the Nurse I Needed a urine and Narcan Masse shook his head No to her. Neglegently this attempt at My life Was ignored I was Brought to J tier Dayroom.

9th Incident

On or around November The Night of the coffee incident I was brought To J Dayroom. Third shift came on co Corusso While Doing a round Told me show starts in 20 minutes. Shortly After The Torture Started I Was hearing Voices of People I knew I thought Was comming from the Vent or Speakers I had No clue they Were spying on My Brain talking and listening for Black Mail so I Wouldnt tell, Torture, acting under color of Law INHuman condition, Violation of Privacy "Defimation" reading My thoughts and knew things only People I knew Would know. They got Me to Say Incriminating things attempting to Black Mail Me co Brownie, co Laflourde tortured me togeather all Shu Staff Were involved it Was a big Joke and game of My Misery Talking into My head From Break room and office unimaginable Misery torture 24/7 every Day even Now to this Day a Proper Federal Investagation Will Bring this out Not State Due to

9th INcident continued

Corruption, Co carter #1, Co Carter 2, Co DeJesus #1, Co DeJesus #2 Co Masse, Co Perulta, Co Rivard, Co Partridge, Co Hillson, Co Vendrell, Major Totten Lt Lydick, Capt Bolton, Co EDmark, Co Carusso, INvestigator Cowell, Co camron Co hair, Co Bofitto and More Participated or DiD Not Try to intrvene During this unfathomable hell They Constantly Talked into My head Waking Me up Playing My Family Being Raped all Sorts of torture Making Me lose My Mind and Want to Die theVe Been Searching torturing listening to my Mind to this Day corruption is so strong No one has helPed. UNKnowingly Co Brownlie, Co LaPlaunte recording the torture Put Me online I think instagram or another Platform, Defimation, Acting under the color of Law, INHuman Conditions Purposely Putting Me in harms way. Talking into my head in voices of Family and friends I Beleaved Was comming From vent or speakers They Were saying famous People Were talking To Me. I Was Malnurished tortured up for 5 to 6 Days at a time Due to them I Was Not in my rite mind. Threw other co's co Abdul kodir, co rivard, co carter and listening to New Music on the tablet I relized It Was real artist such as Kanye west, Rick ross, Boosie Badazz Toosi, Meek Mill, Big sean and more commented and Wrote songs even Valadimere Putin of Russia commented I unknowingly Predicted the Ukranian War Fox News Called it a collusion. This has Put My Life in great Jeperdy and Must Be Federal INVestigated and taken Serious

10th INcident

I told Mentall Healthe about the coffee attempt at MY Life Stateing I Needed a urine to Prove it. He ordered one that Night unknown Nurse Brought it to Shu Be Noted all Dot Rooms are on camera

10th INcident continued

This Was J tier Co Verdrell Would Not let her give it to Me he Brought her to the office and Coercing her to hide Criminal conduct Be Noted My Friend Who Turned on Me For CPl cristie is aPart of this rico criminal empire from informant to Murder.

11th INcident

On or around august it had been Weeks Since I De Eaten it Was Dinner red haired Co carter Was serving he asked if I was eating I said Yes he Was rite there instead of feeding me went Down and served I Tier he came Back served me "Pork Dinner" I Noticed an extra I asked if I could have he said "if You eat Both" Skeptical obviously Planning on it After Weeks Not eating I Denied extra and took My Meal And Saved it for the Morning to report. Well Walking around J tier DayRoom that Night I Noticed alot of Paper Squares on the ground that looked like contraband Then I remembered I lied for My Safety and Said I ate Paper Wich to Be Noted Was Never Documented By Sgt Brownlie or anyone to hide criminal conduct the Day it took Two Narcans and a hospital trip to Save my Life. I Picked up the Paper in J Day Room the old Parole Male that types transcript Was Watching Me on Suicide Watch J DayRoom is CPl cristie Friend he is a heroin ADDict and talked to me about My friends Who Work for CPl cristie. He Saw Me Picking up Paper said to hurry So No one Seen me. They DiD This so if I ate they'd use the Paper excuse. IF You look Back at camera CO Brownlie and unknown Spanish cop Said they Were "searching" You Will see them Dropping Paper. I Saved the Paper and Food Lt Lydick Came in in the Morning and I Pulled him aside and asked him to Save my Life told him of What had been happening I gave him the Paper and food to Be tested. Lt LYdick

11th incident continued

Documented it on his Computer Wich Brownlie and Boynton Went on on Lydicks Day off. Lt Lydick Called INVestogator Shwab the Food and Paper to Be tested I heard from Co Perulta and Lt Lydick that were Drugs found But Not What I have Documentation of Asking Shwab who Never awnsered I have one Detective Azora claimed he reported this to AG'S Wich is invlved in cpl cristies rico "Empire". Als Warden EDMark Deniung any Proof of allegations Covering "rico" and acting under the color of Law" hiding and Protecting Criminal conduct When this Was Documented By Lt Lydick

12th Incident

on or around August 2021 Co camron was watching me on J tier suicide Watch. CPl cristie Had told me a story During MY Hospital Trip of Co camron Killing inmate lovely With a Dried out Substance I forget the Name of But can find with computer research He told me The substance constricts Your heart over Two weeks he also said it makes You extremely hot he calls holy Fire First couple hours You feel like Your going to Die But You Dont. CPl cristie said the Medicine Seroquel is Bad for Your heart He told me "rico" "murder" Nurse fallen Was triple Dosing his seroquel around a Week Later he fell and Died from heart Failure Talking to Dr Englander Medical had No excuse and Made a Fake covid test for after to cover it up. Well During This Torture I Did Not remember I Was still Not eating Co's got A Child Hood Friend SHU retunda Worker Benjamin Boyton to Bring Me Dinner "Hot Dogs and Beans" on camera he Put it on Co Camrons Desk I ate one Plate there Was an extra I asked for it If You Check camera Co camron fake Prayed over it Dumping his

12th. Incident continued

"Holy Fire" He had co Verdrell give me the Plate shortly after I ate I Became extremely Hot Thinking I was going to Die. I thought I was Dead for sure "personal INJury" "Rico" "acting under the color of Law" I Begged Co Camron for medical he told me it was Holy Fire "get rite with God" Then it hit me I remembered CPL cristie story and I told him I knew what he DiD I cried "am I gonna Die" He said maybe Your going to Need to Change Your life. eventually week or so later I was in Medical on suicide Watch Where You Normally stay on Suicide But co Brownlie against regulation "Rico" "inHuman conditions" "acting under color of law" Kept me in sha Dayrooms torturing My Mind Not letting Me sleep Piss and Shit everywhere Due to Neglect and so I was close to eventually murder Me because the threat I Pose and INformation they knew If they DiDnt Succeed eventually this would come out. Nurse fallen had Doubled MY Seroquil I confronted her on this and INmate lovelys Murder She shortly left her Job and Moved to Florida. I greived and continuesly wrote Request slips to Medical "Acting under the color of Law" "Rico" "Personal INJury" "medical Neglegence" accesory to Attempted Murder" I have Documentation of Dr Groblesy, NP Williams, Dr Ertha, Dr rifongiato Post Poning, Neglecting Documentation, Avoiding I told them all I knew Stating I Need an "ultra Sound" of my heart to Prove it and get help I was a Prison INMate for eight Months After got every excuse and Never went eight Months is more then long enough "Rico" "medical Neglegence" "Accesory to Attempted Murder" Protecting and attempting to hide Co's criminal Conduct

13th Incident

on or around august 2021 Lt Brown was working IN Medical Where I was on suicide Watch Well at Hospital April 21st 2021

13th Incident continued

CPl cristie Told me so Much It took time to remember it all and triggers. Due to my head INJurys and cristie Bestowing so Much at once. He said Lt Brown Who Works in South with CPl cristie has another Job outside the Prison Where He has the secret ops chemicals that read Your Brain and talk into Your Head. He said Lt Brown "Rico" "Acting under color of law" "INvasion of Privacy" "Personal INJury" Puts the Chemical in South unit Juice and water Coolers" CPl cristie Said He Thinks Lt Brown is gay listening to gays Minds. He said they Both Messed With there Minds talking into Them." He Said INmates Think South is full of Rats but really there spying. Now I Didnt remember any of this until After all Shu time in Medical I Was hearing Voices in the Iso tank and talking back it Was my grandma's Voice I thought in the Speaker She Said She could Read My Mind And She Did thats When I relized and remembered After that I reported it. Well in SHu I Day Room Sgt Brownlie in others Voices coerce Acting under color of law Defimation rico getting Me to say things to Black Mail Me Put Me in Jeopardy or could Be Misconstrewed to try and Protect him. IN Medical I Was talking out loud on Suicide stressed By the attempts of My life Lt Brown Brought me two reD Juice and Said "I can hear You talking to Your self Whats going on I Wouldnt talk Lt Brown Said I Wish I could read Your Brain But at the time I Didnt catch what He Was Saying or remember I think thats When he got Me. IN Attempt to know What I Know Plan to Hide everything and Black Mail Me. "Rico" "Personal injury" "Deffamation" Acting under color of law" INHuman conditions as well as Dayrooms Violate Eighth Amendment Protection

14th INcident

on or around The end of august 2021 I Was Moved up to L tier SHu Dayroom. I Had been Drinking out of toilets When Possible Since Sgt Brownlie Poisoned My Sink "Personal INJury" "INHuman Conditions" I DiDnt know They Were SPying on my Mind Yet CPl Rivard Brought Me Down for a ticket on the Way back up I Asked to use the Bathroom He Put me in L tier Bathroom Planning to Drink out of toilet I Went over and Noticed a White Powder in the Bowl I Flushed it took toilet Paper and Wiped the inside I Barely let the Water Hit My Lips I Didnt Drink it Was on my hands. I Stopped Because Wich is un Normal CPl Rivard Was Watching and No one has seen Me Do this its embarrasing But I had the Will to Survive, INstant Razors in My throat again I Couldnt Breathe I Jumped in Shower started Drinking CPl Rivard said Hurry Brownlie will Kill Me. Then coPorulta came over Yelling to get out Calling Me a Bitch in Front of Rivard Acting under Color of the Law "threats" under Distress asking for Medical I Was Denied and Put in L tier Day room. If I Stood Still It Was choking Me out losing site When I ran around it helped I had to Piss in My hand and Drink it to survive and open My throat. All on L tier Day Room Camera. "Personal Injury" "medical Negligence" "Rico"

15th INcident

IN or around September 2021 They Put me in Medical I Was Finally aloud to use a tablet Phone I called My family "at this time I Didnt Figure out the Mind torture I called My Family that I had been hearing and asked they Stated We had Not talked I Was feeling like I lost My Mind I told her to call the Police I had INforMation on a Murder and Four Person Shooting that I Cant go to SHu theyre gone to great

15th INcident continued

To TrY and Kill and Silence Me "Acting under the color of Law" "Rico" Personal InJury, Police Brutality. My aunt called and Detective Martineus Came During our conversation I remembered CPl cristie had told Me his "Brothers" In act of Rico INvestagate and cover any Homicide and Shooting He Needs including his own. He mentioned Detective Martineus. I was Scared to go to SHu or even Be housed at the Prison But I Also feared Retaliation on Myself or family BY the co's "acting under the color of law" so I told him the Bare MiniMuM hoping I would Not go to SHu. And in hope they'd Fear consequences IF I DieD. ON Recording When I Brought up corruption in Homicide Detectives He got Nervous and Said Not Me. "Be Noted I Never Said him He Knew I Knew. But out of fear I Went along With it Then ended Talking.

16th INcident

on or around october 2021 I hade Made it clear I was Not Safe from co's IN The Prison SYsteM. I was being held IN Medicals ISo Tank. Lt Ash came to Visit Me iN Medical He asked where I could Live "I told hiM No where CPl cristie "his Brother" "Rico" Tried to Kill Me Because of inforMation I Know INcluding a Murder With MY three friends." He said that would stay between us, He asked IF I would go to RTU I Denied, IN Fear for My Life THe Meeting ended And he left around 20 Mins Later Sgt Demoss came With Tazer and another co with handHeld camera I refused to go for MY Safety "acting under color of the law" Sgt DeMoss DreW his tazer. "Be Noted He was the co in Shu under orders

16th Incident continued

Who Tazed Me for No reason. out of fear I cuffed up and Was Forced To RTU. I grieved This Incident and have copys Warden EDMark Said Allegations have Been Previosly reported and reviewed. Video camera footage is Proof Iso Tank and hand Held Also request slips Ignored by ash.

17th Incident

on or around october 2021 When Transfered To RTU Sgt Lamontaine stripped me out Naked At The Time I Did Not know She was a female "She has a beard" I have Documentation And camera footage of RTU hallway of this Violation of Prea

18th Incident

On or around November or December of 2021 IN RTU I Was called for a urine test All on camera unknowing Sgt Lamontaine was a female She stood there watching MY Privates. "Violation of Prea." After Finding out She Was a Female She Stated She Did Not Break any rules write her Boss that she claims Said it was Protocall. This Brought Back child hood trauma.

19th Incident

On or around December of 2021 Co Abdul kadir During a urine Asked Me if I Was going to Be a rapper referencing What happed in J Shu Dayroom

20th INcident

On or around January 2022 I Didnt feel Safe after Being Forced to live in RTU "CPl cristie Had some of his gang "Rico" visiting up to RTU. I Went on suicide watch Just to Be safe.

21st INcident

On or around January 2022 INvestagator ShuaB was Showing Dr ertha, Dr GroBlesky, Nurse emma, NP Williams What CPl cristie Illegaly went on MY Phone at hospital acting under color of law trying to Black Mail Me.

22nd Incident

On or around January or Febuary 2022 RTU Mental Healthe Clinician Daryl Came to Medical to Meet With Me. Acting under the Color of Law He tried to coerce Me to go Back to RTU. Trying to Sweep everything under a rug. I Refused He Threatend Me that IDe Be going Back to Shu then. I Told him I Wouldnt Be Safe he Pulled out a Paper And Said If I Sighn it I Wouldnt go Back to SHU. I Sighned he said "You Dont Read Before You Sighn" I Said What is it? He Said a Special treatment [illegible] group But I Dont have to Be Present" I Didnt Catch on until He left. I Noticed What I Sighned Was Way back Dated. He left. Now I relized clinician Daryl is trying to make this illegal torture Look Legal. "Rico" "INHuman Conditions" "Personal INJury

23rd INcident

On or around January or Febuary 2022 After clinician Daryl left I Called MY PUBlic Defender Ashley Sheehan and reported

23rd Incident continued

Him tricking Me to Sighn, All Prison calls are recorded Ashley took herself of my case. Acting under color of Law she tried coercing Me Not to come Forward. A Federal Investogation Will show a Phone Pattern she Threatend Me She lied Knew things only cristie Would know she was inaffective assistant counsel.

24th Incident

on or around January or feBuary 2022 Mental Healthe Clinician Amid and Mental Health clinician Daryl Both From RTU came to visit in Medical. I Brought up the Paper he tricked me into signing and the Mind torcher. "he said CPl cristie was like family and some people were worth risking your life for". he said the state always wins. Clinician Amid was listening to all he Aknowledged They had Both Been illegaly listening to My Mind. "Rico" But Couldnt help and wished me the Best. Also Clinician Daryl Said Not All Would risk there life and lie for CPl cristie. Clinician Amid told me I Must start somewhere "due to corruption this has Not Been easy."

25th Incident

on or around January or Febuary 2022 Mental Health MSDiAZ and Mental Healthe Clinician Daryl Came to Medical to meet With Me acting under the color of law and rico They tried to Coerce Me to go Back to RTU Promising Me a suBoxone Perscription I Denie Due to Safety.

26th Incident

on or around Febuary 2022 Capt Burke came up to Medical. And acting under color of law" Told me I got New charges comming. Threatening Me for telling on himself and CPl cristie "Rico"

27th Incident

On or around Febuary 2022 Due to Co corrgan Poisoning Me My heart had Been in Pain. I fell out and Smashed My Head Nurse fallen showed up she had handheld camera Co cooper and unknown Co I Was in No Medical Position to Be Moved I thought I Was Dieng Protocall is to Wait for Hospital Emt to come get me on Strecher then cuff me. unknown Co CPl cristie's Brother" "rico" Personal INJury Was Dragging shoving Hitting Me. I Was in No Position to Move Co cooper told him to stop Multiple times unknown Co grabbed Co Coopers shirt threatend him and shoved him into the corner. Then unknown Co grabbed My feet and Dragged me across the Room Hurting Me. let it Be known Nurse fallen "who tried to help kill me" and killed inmate lovely had All on camera. I have greavence to the Warden EDMark She stated any action taken would Be confidential. She tries to Defend his criminal Malice Actions. and says "Footage will be Perserved to the extent that We have it" Leading Me to Beleave is shortened to hide criminal conduct.

28th Incident

on or around Febuary 2022 I Met with Warden EDMark and Major Staphanzack all on Camera and audio. I asked Warden EDMark about the Mind torture She stated This Was the first She heard of it, lieng

28th INcident continued

on Record I have Documentation in My Posession Proving I Told her on a Previouse Date. "rico" covering co's criminal conduct on This and Many Matters Theres So Much Corruption everything I've reported to her stone walled No Proper INvestigation This is Deeply rooted corruption This Needs Federal attention.

29th INcident

on or around March or April 2022 AG's office TiM Sullivan and another unknown AG Detective come to Berlin to See Me. This INterview is evidence to how Sereouse NH Rico is. They were Interviewing me I told Them of Co Brownlies attempt to Kill Me But Couldnt Prove it The Warden EDMark in Documentation I have, lied saying There were No Drugs found in My System Dretha NP Williams Concord Hospital lied Both Ag's Stated There was and asked Me to Awnser hypothetical false questions, I told them I felt like I couldnt Prove it since the hospital Claimed Nothing was found. unknown AG said "does that mean your lieng" I agrily sarcasticly Said "yeaH ouine IM lieng" I Said "why You make Me say that" "IM Not lieng". unknown AG Paused the tape. He said transcripts Dont catch Sarcasm "he said we can edit it out to tim Sullivan. So Be Noted to get audio recording Not Print out. relizing how corrupt They were I said Yep whatever. TiM Sullivan DiD Say I know Your Not lieng. Now I want You to relize Ive Been threw almost Two Years of Uncomprehendable mind torture at that time almost a Year constantly talking unkowingly I say what they say in my head My Mind Peace Sanity and Privacy has been stolen. I've Been threw So Much Without Step By Step going Threw it Its hard to remember all after going Threw so much INHam condition. unknown AG

29th INcident continued

Detective With out Me telling HiM knew of all corruption And Methodically asked Questions to Protect Co's criminal conduct random questions without refreshing or Knowing why he was asking or what he was talking about I Accidently awnsered wrong. or Acted tough and Not suicidal in fear of Being Put on Watch. I went threw unfathomable Hell And hes asking Trick Questions to hide Protection. Unknown AG Asked questions about mind torture without realy thinking about what exactly has happend I gave Quick Not always correct awnsers. Unknown AG Paused the tape Pulled out a Paper and asked is that your signature I said Yes he said DiD You authorize them to use this chemical. I said No I Would Never Sighn Something like that. "At the time I DiDnt remember What clinician Dan DiD." UNKnown AG officer said Well if You DiDnt then I'll Destroy it. I was Not in My rite Mind it takes me a while Do understand What IM going threw with this Mind torture. He Destroyed evidence "rico" covering corruption he said If I Dont tell he owes Me But If I Do he will use MY Words against Me "Trick Questions" They DiD Not Come to help they came "To Protect NH highest Corruption. Need Office inspector Generals Feds and Federal INvestigations for this "Rico" Deep NH corruption

30th INcident

on or around april 2022 I have Documentation and greivences MY legal Mail Was Not Making it I greived Sgt Napeu MY Mail was to NHPr Peter Biello Theres recorded Calls and Messages. I Sent around a Hundred Peices of evidence

30th Incident continued

"Request slips" He said he would help me he was trying to protect NH criminal counduct He lied stateing he never receaved them. I specifically had Berlin unknown Lt Document and log Mail. Thankfully I retreaved Most request slips when I told Peter Biello OF NHPR he said I thought You said they were only copys on a recorded line

31st Incident

The Whole time in prison This time CPL cristie used GTL Music as a way of Mind torture Making Playlist for me to read switching songs well IM on there acting under the color of Law Threatening corrceing

32nd Incident

I have request slips to Ivestogator Pheles Berlin warden And warden EDMark and audio video. I warned them I would Not Be safe from co's at the Valley st jail. CPL cristie lites and is head of all corruption in Manchester Drug Disposal With captain Burke Homicide Detectives INforMants Murder Judges Prosecuter and Hillsborough county co's My Fear for My safety Was Ignored in rico solidarity Knowing and Neglecting Where I was going would be again in life threatning Jeapardy.

33rd Incident

on or around April 2022 I was Transferred to Hillsborough Department of corrections. I was treated unfairly Put in Segragation against My Will and Put on

33rd Incident continued

Will on My Second Night Co Carvallo and Co Franco were working 2B Where I was housed. Co Carvallo got Me out for Night Tier time. Well outside of My cell He Went into My cell And "Searched" There will Be Camera footage. My Tier Time ended Co Carvallo, Co Franco and Sgt Sullivan Brought Me to My cell 6 2B and Did a strip search. They Closed My Door But all three stood on camera outside My Door talking and Watching Me out the corner of thee eye. I went to Drink Water and I seen them slap eachothers chest and heard them say hes Drinking. The Water hit My lips again instantly razors in my throat I couldnt Breathe. I Yelled for Medical But was ignored. "Personal INJURY" "Rico" I let the water run on toilet Paper to get tested. Day After I reported This attempt at My Life to Sgt fournier Who Promised they Would test the toilet Paper but Never Did he also ordered Co Caron to get it tested but Never was. I Did not eat my trays for a week out of fear for my life. I Tried to clean my sink to Drink Water as soon as I Did I couldnt Breathe These attempts at my life are Documented Medical came up Numerouse times only to take My Pulse I told Medical and Sgt Phillips I Wanted a urine test I was told yes But They Never Did. Evidence Would be camera footage Medical Documentation. When something like attempted Murder is reported all I got was My Blood pressure Taken and lied to. Also Phone Calls to family And Lawyer Eric Raymond Reporting incident. I want it Noted This "Rico" attempt to sweep incident under rug and kill me I saved the toilet Paper and attempted to get it tested Co Carvallo went in My Room and Flushed it knowing What it was. Also want it Noted in or around December I had a statement to the Feds on all this stolen by Co's after greiving and it Missing for Weeks Sgt Phillips randomly "Found it" I AM Not Safe here And there Doing all they can to stop me.

34th INcident

On or around July 2022 I had Been talking to MY Lawyer Eric Raymond about getting Me help for everything in this Suite he contacted AG Detective Tim Sullivan about CPl Cristie Murder he Said they refused to talk to Me. "Acting under the Color of Law" MY Lawyer Tried to coerce Me Not to talk saying it could Put MY Life in Jeapordy. AG Tim Sullivan in rico Raised the lie and excuse of Mental Healthe on my Behalf Trying to cut off any help I get. IN accessory against MY Will and refusal Tim Sullivan Put in for a competancy hearing. I against my will had it and was found compitent.

35th INcident

on or around September 2022 I contacted attourney Gill Sculimbrene he was interested in MY case But Wrote Me a letter I have saying after Speaking With AG tim Sullivan and MY attorney Eric Raymond he Would Not Be taking MY case Eric Raymond Said tim Sullivan Raised Concern of Mentil Healthe. "Acting under the Color of Law" coercing Anyone from helping. "Rico" Covering corruption in the state of New Hampshire

6th INcident

on or around October or November 2022 MY Attourney Eric Raymond Finding out I was compitent in Affective assistance of Counsle and again Against MY Will asked for a second competancy hearing. IN obviouse Rico corruption Doing all in his Power to Protect corruption. He refuses to send Me My Medical Paper he has that I signed for him that has criminal Evidence. Lieng Saying he will But Never Does. Also I have a civil suite in MY Case he represents Me he wont give Me the INcriminating Video, Doest answer Messages or calls I've Tried to get him ... unsuccesfully Corruption is to Deep Seeded

30

Incident

on or around Febuary 2023 I noticed Investagator Azaro working in Hillsborough Department of Corrections he worked with cpl cristie Investagations That were all "Rico" Stone Walling me Investagator Azara Intercepted request Not to him I have Documentation. Also Hillsborough Department of Corrections SuperIntendent Costazo grew up with cpl cristie I have Documentation from prison warning that I Am Not safe here

Signed before me on the 24th day of February 2023, In the State of New Hampshire, County of Hillsborough, City of Manchester.

[signature] JP

MATTHEW R. O'MALLEY JUSTICE OF THE PEACE NEW HAMPSHIRE MY COMMISSION EXPIRES SEPT. 23, 2025

Donald Freese
103 County Farm RD
Unity NH 03743

WHITE RIV JCT VT 050
15 APR 2023 PM 2 L

Civil Suit
1st Circuit US District Court
~~32 Clinton~~ St Pleasant St
Concord NH
03302

03301-235932

Legal Mail

NH CIRCUIT COURT
6th Circuit - Family Division - Concord
32 Clinton Street
Concord, NH 03301

MAIL SERVICES
(603) 271-2355
STATE OF NH
25 CAPTIOL STREET
CONCORD NH 03301

2 LBS

1 OF 1

SHIP TO:
US DISTRICT COURT- CONCORD
55 PLEASANT ST
CONCORD NH 03301-3954



NH 031 9-01



UPS GROUND
TRACKING #: 1Z X46 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 6808



BILLING: P/P

Dept No.: 8487

WS 26.0.6 BIXOLON SRP-7 16.0A 04/2023



SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD RF 0320



Donald Freese
103 County farm RD
Unity NH 03743




Civil Suit

1st Circuit US District Court
~~32 Clinton St~~ 55 PLEASANT ST
Concord NH 03302

Sullivan County Department of Corrections
This correspondence is forwarded from the SCDOC.
The contents have not been evaluated and the
Sullivan County DOC is not responsible for the
substance or content of the enclosed communication.

Legal Mail