UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Donald J. Freese, III</u>

    v.                                       Case No. 23-cv-235-JL

<u>Manchester Police Department, et al.</u>

<u>ORDER</u>

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 18, 2024.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

_____
Joseph N. Laplante
United States District Judge

Date: March 10, 2025

cc:   Donald J. Freese, III, pro se
      Duncan A. Edgar, Esq.
      Matthew Vernon Burrows, Esq.