UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Donald J. Freese, III

v. Case No. 23-cv-235-JL-AJ

Manchester Police Department, et al.

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 1, 2026. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Joseph N. Laplante
United States District Judge

Date: October 21, 2026

cc: Donald J. Freese, III, pro se
Counsel of Record